IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

**CRIMINAL CASE NO. 1:10cr83**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| OMAR AGUILAR-LARRIETA. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss without Prejudice [Doc. 4].

The Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss without Prejudice [Doc. 4] is hereby **GRANTED** and the Bill of Indictment [Doc. 1] is hereby **DISMISSED** without prejudice.

Signed: May 10, 2011

Martin Reidinger
United States District Judge